UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| GILBERT RAMIRO GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00074-JRS-MG |
| | ) | |
| JEFFREY E. KRUEGER, | ) | |
| | ) | |
| Respondent. | ) | |

## **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed for lack of jurisdiction.

Date: 6/28/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

GILBERT RAMIRO GONZALEZ
08059-040
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808